USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
STEVEN GREENE,  :
:
                            Plaintiff,  :        1:24-cv-08963-GHW
:
        -against-  :        ORDER
:
MICHAEL REALE, NYPD OFICER JOHN DOE  :
1-10, *and* CITY OF NEW YORK,  :
:
                        Defendants.  :
:
-------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       In the Court's order dated November 25, 2024, Dkt. No. 4, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 13, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's November 25, 2024 order forthwith and in any event no later than May 16, 2025.

       SO ORDERED.

Dated: May 15, 2025  
New York, New York

                                         _____  
                                            GREGORY H. WOODS  
                                         United States District Judge