USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/16/25_

## MEMORANDUM ENDORSED

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH M. HIRAOKA, JR.**
*Senior Counsel*
Phone: (212) 356-2413
jhiraoka@law.nyc.gov

May 15, 2025

**BY E.C.F.**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

        Re:    <u>Steven Greene v. City of New York, et al.</u>, 24-CV-8963 (GHW)

Your Honor:

        I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York ("Defendant") in this matter. Defendant writes jointly on behalf of the parties to respectfully request that the Court adjourn the deadline for the parties to submit a joint letter and case management plan, which are due on May 16, 2025, and to adjourn the initial conference scheduled for May 20, 2025, until such time after the parties fulfill all requirements set forth by Local Rule 83.10 ("the Plan"). This is the parties' first such request.

        By way of background, plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, deprivation of rights in violation of the Fourth and Fourteenth Amendments. More specifically, plaintiff alleges that he was falsely arrested and subjected to excessive force on August 24, 2023. On November 25, 2024, the Court designated this case to participate under Local Rule 83.10 (the "Plan"). <u>See</u> ECF Entry, Notice November 25, 2024. Plaintiff provided the necessary 160.50 releases as required by the Plan on April 3, 2025.

        As such, the parties respectfully request an adjournment of the deadline to submit a joint letter and case management plan, and an adjournment of the initial conference, in order to proceed in accordance with the Plan, which is designed to reach early resolution of matters without the need for Court intervention or involvement. The parties have not yet received a notice of

assignment of mediator.  Also, defendant's answer is not due until June 2, 2025, and defendant has not yet answered.

Accordingly, the parties respectfully request that the Court adjourn the date for the parties to submit a joint letter and case management plan, which are due on May 16, 2025, and adjourn the initial conference scheduled for May 20, 2025, until such time after the parties fulfill all requirements set forth by the Plan.

The parties thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Joseph M. Hiraoka, Jr.*
Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc:     **By E.C.F.**
        P. Jenny Marashi, Esq.
        *Attorney for Plaintiff*


Application granted.  The parties' May 15, 2025 request to adjourn the initial pretrial conference *sine die,* Dkt. No. 16, is granted.  The Court will instead hold a status conference during the conference scheduled to take place on May 20, 2025 at 4:00 p.m.  The parties need not submit a joint status letter or proposed case management plan.

The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated:  May 16, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

2