USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
STEVEN GREENE,                                :
                                              :
                Plaintiff,          :
                                              :    1:24-cv-08963-GHW
       -against-                     :
                                              :    <u>ORDER</u>
MICHAEL REALE, NYPD OFICER JOHN DOE           :
1-10, *and* CITY OF NEW YORK,                 :
                                              :
                Defendants.         :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated August 20, 2025, Dkt. No. 23, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 21, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 20, 2025 order forthwith and in any event no later than October 24, 2025.

      SO ORDERED.

Dated: October 23, 2025
New York, New York

                                                     GREGORY H. WOODS
                                             United States District Judge