**MARASHI LEGAL**
CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

<u>Via ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

October 24, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025

**MEMORANDUM ENDORSED**

*Re: Case No. 1:24-cv-08963-GHW*
*Joint Request to Adjourn October 28th Initial Conference (Dkt. No.23)*

Dear Judge Woods:

    Counsel for Plaintiff Steven Greene and Defendants City of New York respectfully submit this joint letter to update the Court on the status of mediation and to request a brief adjournment of the Initial Pretrial Conference currently scheduled for October 28, 2025 at 4:00 p.m.

    The parties are actively participating in the SDNY Mediation Program in good faith. A mediation session was held today, October 23, 2025, and the parties have agreed to conduct a follow-up session on November 12, 2025 to continue settlement discussions. The parties believe that the additional session may be productive and could potentially resolve the matter or narrow the issues for litigation.

    Request for Adjournment
    In light of the ongoing mediation, the parties jointly and respectfully request that the Court adjourn the Initial Pretrial Conference to a date after the November 12 mediation, specifically to one of the following dates (or another date convenient for the Court):

- November 13, 2025
- November 14, 2025
- The week of November 17, 2025

    This is the second request for adjournment of the Initial Pretrial Conference, and it is made jointly by both parties to allow continued engagement in settlement efforts.

    The parties acknowledge that the joint status letter and proposed case management plan required by the Court's August 20, 2025 order were due on October 21, 2025, one week before the scheduled conference (DKT #4, DKT #24). The parties apologize for the delay in submitting this update, which was caused by the timing of the mediation and efforts to coordinate a joint submission during ongoing discussions. The parties will promptly file the Joint Status Letter and Proposed Case Management Plan following the next mediation session or as otherwise directed by the Court.

    If the Court is unable to grant an adjournment to one of the requested dates, Plaintiff's counsel respectfully requests permission to appear virtually at the initial conference due to family medical issues, consistent with Your Honor's Individual Rule 2(C), which permits telephonic or video appearances upon request.

We thank the Court for its consideration of this joint request.

Respectfully submitted,

By:_____
P. Jenny Marashi
MARASHI LEGAL
Attorney for Plaintiff
930 Grand Concourse, Suite 1E
Bronx, New York 10451
(917) 703-1742
Marashi.legal@gmail.com

\_\_\_\_\_/s/_____
John Schemitsch,
Counsel for Defendants
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
jschemit@law.nyc.gov

Application granted. The initial pretrial conference scheduled for October 28, 2025 is adjourned to December 2, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's August 20, 2025 order, Dkt. No. 23, are due no later than November 25, 2025.

The initial pretrial conference will be a teleconference. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: October 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge