UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

----------------------------------------------------------------- X
                           :

STEVEN GREENE,                   :
                           :

               Plaintiff,   :         1:24-cv-8963-GHW
                           :

        -v-               :         ORDER
                           :

CITY OF NEW YORK, *et al.*,   :
                           :

          Defendants.  :
                           :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the June 26, 2026 conference, the parties are directed to file a letter no later than three weeks from the date of this order regarding the status of Defendants' search and production of the Viper Records.

Plaintiff's request for leave to file a Rule 37(c)(1) motion is granted. Should Plaintiff file such a motion, Defendants' opposition is due within fourteen days after service of Plaintiff's motion; Plaintiff's reply, if any, is due within seven days after service of Defendant's opposition.

SO ORDERED.

Dated: June 26, 2026
      New York, New York

_____
GREGORY H. WOODS
United States District Judge