**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**STEVEN GREENE,**

**Plaintiff,**

**-against-**

**CITY OF NEW YORK et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**24-CV-08963 (GHW)**

**<u>ORDER SCHEDULING CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case has been referred to the undersigned for settlement. <u>See</u> ECF No. 75. A pre-settlement call is hereby scheduled for **<u>Wednesday, August 19, 2026 at 10:00 a.m.</u>** This is a brief conference to discuss timing and logistics before holding a formal settlement conference. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [387 631 078#].**

**SO ORDERED.**

DATED: New York, New York
August 3, 2026

______________________________
VALERIE FIGUEREDO
United States Magistrate Judge