**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**STEVEN GREENE,**

**Plaintiff,**

**-against-**

**CITY OF NEW YORK et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**24-CV-08963 (GHW)**

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The pre-settlement call that was scheduled for September 15, 2026 is hereby rescheduled to **September 17, 2026 at 10:30 a.m.** This is a brief conference to discuss timing and logistics before holding a formal settlement conference. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [392 728 225#].**

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge