MARASHI LEGAL
CIVIL RIGHTS LAW + POLICY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

**MEMORANDUM ENDORSED**

November 20, 2026

**BY ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Greene v. City of New York, et al.*, No. 1:24-cv-08963 (GHW)**
**Joint Status Letter and Request to Adjourn the December 4, 2026 Conference**

Dear Judge Woods:

The parties jointly submit this status letter under the Case Management Plan and Scheduling Order (Dkt. No. 32) and the Court's orders of July 31, 2026 (Dkt. No. 74) and August 19, 2026 (Dkt. No. 77). The parties also jointly request that the telephone status conference scheduled for December 4, 2026 be adjourned to a date after the settlement conference that Magistrate Judge Figueredo has scheduled for January 7, 2027.

1. **Existing deadlines, due dates, and cut-off dates.**

(a) The settlement conference before Magistrate Judge Figueredo is scheduled for January 7, 2027 at 10:00 a.m. in Courtroom 17-A. Dkt. No. 80. The parties' pre-conference submissions are due to Judge Figueredo by December 31, 2026. *Id.*

(b) The telephone status conference before this Court is scheduled for December 4, 2026 at 4:00 p.m. Dkt. No. 77.

(c) Within seven days after the settlement conference, the parties must file a joint letter either informing the Court that the case has settled or, if it has not, proposing a briefing schedule.

(d) The briefing deadlines set in the Court's July 28, 2026 order (Dkt. No. 72) are held in abeyance pending completion of the settlement conference. (Dkt. No. 74).

2. **Outstanding motions.** No motions are pending.
3. **Status of discovery.** Fact discovery is closed.
4. **Status of settlement discussions.** The parties mediated through the Court's Mediation Program without reaching agreement (Dkt. No. 27) and exchanged a demand and counteroffer. On the parties' joint request (Dkt. No. 73), the Court referred the case to Magistrate Judge Figueredo for settlement (Dkt. No. 75).

5. **Anticipated length of trial; jury.** Plaintiff has demanded a jury trial. The parties estimate that trial will take approximately three days.
6. **Summary judgment.** Defendants anticipate moving for summary judgment, and Plaintiff anticipates moving under Rule 37. If the case does not settle, the schedule will be proposed in the parties' post-conference letter.
7. **Request to adjourn the December 4, 2026 conference.** The parties jointly request that the December 4 conference be adjourned to a date after the settlement conference. In accordance with Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases:

(a) *Original date.* The conference is scheduled for December 4, 2026 at 4:00 p.m.

(b) *Previous requests.* This is the parties' first request to adjourn this conference.

(c) *Reason.* When the Court adjourned the conference to December 4, no settlement conference date had been set. A conference on December 4 would come before both the settlement conference and that letter, and the parties would have nothing to report beyond what is set out above.

(d) *Consent.* Both parties join in this request.

(e) *Proposed dates.* The parties propose that the conference be rescheduled for a date after January 14, 2027, the date by which the post-conference joint letter is due. Counsel are available on January 20, 21, 22, 26, 27, and 28, 2027, and on any later date convenient to the Court.

The requested adjournment does not affect any other scheduled date. The settlement conference and the pre-conference submission deadline before Judge Figueredo are unchanged, and the briefing deadlines remain in abeyance under the Court's July 31, 2026 order.

The parties thank the Court for its consideration.

Respectfully submitted,

/s/ P. Jenny Marashi
P. Jenny Marashi, Esq.
MARASHI LEGAL
930 Grand Concourse #1E
Bronx, New York 10451
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
By: /s/ Zoe Reszytniak
Zoe Reszytniak
Assistant Corporation Counsel

Application granted. The conference scheduled for December 4, 2026 is adjourned to January 21, 2027 at 2:00 p.m. The joint status letter described in the Court's July 31, 2026 order, Dkt. No. 74, remains due within seven days after the settlement conference. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 81.

SO ORDERED.

Dated: November 24, 2026

GREGORY H. WOODS
United States District Judge